Brian H. Tran, Esq.
CA Bar No. 255577
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 11-00697
Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In Re,

HARVINDER SINGH FKA
HARVINDERWANT SINGH,

Debtor(s).

BK No.: 11-42582 EDJ

Chapter 13

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Brian H. Tran, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    1231 E. Dyer Road, Suite 100
    Santa Ana, CA 92705
    PH (714) 481-9100

Dated: 4/12/11      MILES, BAUER, BERGSTROM & WINTERS, LLP

                       By:    /s/ Brian H. Tran
                               Brian H. Tran, Esq.
                               Attorney for Secured Creditor

(11-00697/ndrfsn.dot/lmc)

1