```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 11-42582 EDJ |
| **HARVINDER SINGH,** | Chapter 13 |
| Debtor. | **DECLARATION OF DEBTOR IN SUPPORT OF DEBTOR'S MOTION TO VALUE LIEN** |

I, Harvinder Singh, declare:

1. I am the debtor in the above-captioned case.

2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

3. At the time I filed my chapter 13 case, on March 10, 2011, I was the owner of the real property located at 5308 Aspen Street, Dublin, CA 94568 (the "property").

4. I am informed and believe that on the date I filed my case, my property was worth approximately $585,000.00.

5. The property is encumbered by a First Deed of Trust in favor of Bank of America in the sum of $700,000.00, or as evidenced by my

Page 1 of 2

Case: 11-42582   Doc# 15-2   Filed: 04/20/11   Entered: 04/20/11 16:00:06   Page 1 of 2

Schedule D, a copy of which is attached as Exhibit A and made a part hereof.

6. Bank of America as successor in interest to Greenpoint Mortgage Funding Inc. is the beneficiary of a Second Deed of Trust against the property in the sum of $180,000.00, as evidenced by my Schedule D, a copy of which is attached as Exhibit A and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 20, 2010                    /s/  Harvinder Singh
                                             HARVINDER SINGH