```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 11-42582 EDJ |
| **HARVINDER SINGH,** | Chapter 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On April 20, 2010 I served the within;

**Motion to Value Security of Bank of America as successor in interest to Greenpoint Mortgage Funding Inc. under FRBP 3012; Notice and Opportunity to Request a Hearing; Memorandum of Points and Authorities in Support of Debtor's Motion to Value Lien; Declaration of Debtor in Support of Debtor's Motion to Value Lien**

on the below-named in this action by placing a true copy thereof in a sealed envelope with certified mail postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer
Bank of America, National Association
214 N Tryon Street
Charlotte, NC 28255
/
/
/

Attn: Officer
Bank of America, National Association
C/o CT Corporation System
818 W 7th Street
Los Angeles, CA 90017

Attn: Officer
Bank of America, National Association
101 S Tryon St
Charlotte, North Carolina 28202

and on the below-named in this action by placing a true copy thereof in a sealed envelope with first-class postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer or Managing Agent
BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

Attn: Officer or Managing Agent
BAC Home Loans Servicing, LP
C/o CT Corporation System
818 W 7th Street
Los Angeles, CA 90017

Attn: Brian H. Tran, Esq.
BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP
C/o Miles, Bauer, Bergstrom & Winters, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705

Attn: Officer or Managing Agent
Greenpoint Mortgage Funding, Inc.
1100 Larkspur Landing Circle
Suite 360
Larkspur, CA 94939

Attn: Officer or Managing Agent
Greenpoint Mortgage Funding, Inc.
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 20, 2010                /s/   Anita Prasad
                                           ANITA PRASAD