Entered on Docket
May 31, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 27, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 11-42582 EDJ

**HARVINDER SINGH,**                      Chapter 13
        **Debtor.**

                                          ORDER VALUING LIEN OF BANK OF
                                          AMERICA AS SUCCESSOR IN
                                          INTEREST TO GREENPOINT MORTGAGE
                                          FUNDING INC.
_____/           _____

    On April 20, 2011 and April 29, 2011, Harvinder Singh (hereinafter Debtor) served a motion to value the lien of Bank of America as successor in interest to Greenpoint Mortgage Funding Inc. (hereinafter Lienholder) against the property commonly known as 5308 Aspen Street, Dublin, CA 94568, which lien was recorded in Alameda County on or about November 29, 2006 as document 2006438208 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

    (1) For purposes of Debtor's chapter 13 plan only, the Lien is

valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Law Offices of Patrick L. Forte |
| 4 | One Kaiser Plaza, Suite 480 |
| | Oakland, CA 94612 |
| 5 | |
| 6 | Harvinder Singh |
| | 1194 Main Street |
| 7 | Sunol, CA 94586 |
| 8 | Attn: Officer |
| | Bank of America, National Association |
| 9 | 214 N Tryon Street |
| | Charlotte, NC 28255 |
| 10 | |
| 11 | Attn: Officer |
| | Bank of America, National Association |
| | C/o CT Corporation System |
| 12 | 818 W 7th Street |
| | Los Angeles, CA 90017 |
| 13 | |
| 14 | Attn: Officer |
| | Bank of America, National Association |
| | 101 S Tryon St |
| 15 | Charlotte, North Carolina 28202 |
| 16 | Attn: Officer or Managing Agent |
| | BAC Home Loans Servicing, LP |
| 17 | 4500 Park Granada |
| | Calabasas, CA 91302 |
| 18 | |
| 19 | Attn: Officer or Managing Agent |
| | BAC Home Loans Servicing, LP |
| | C/o CT Corporation System |
| 20 | 818 W 7th Street |
| | Los Angeles, CA 90017 |
| 21 | |
| 22 | Attn: Brian H. Tran, Esq. |
| | BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP |
| | C/o Miles, Bauer, Bergstrom & Winters, LLP |
| 23 | 1231 E. Dyer Road, Suite 100 |
| | Santa Ana, CA 92705 |
| 24 | |
| 25 | Attn: Officer or Managing Agent |
| | Greenpoint Mortgage Funding, Inc. |
| | 1100 Larkspur Landing Circle |
| 26 | Suite 360 |
| | Larkspur, CA 94939 |

| | |
|---|---|
| 1 | Attn: Officer or Managing Agent |
| | Greenpoint Mortgage Funding, Inc. |
| 2 | C/o CSC – Lawyers Incorporating Service |
| | 2730 Gateway Oaks Drive |
| 3 | Suite 100 |
| | Sacramento, CA 95833 |