```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354
```

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-42582 MEH** |
| **HARVINDER SINGH,** | **Chapter 13** |
| **Debtor.** _____/ | **MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtor applies to the court for an order to modify his Chapter 13 Plan as follows:

Commencing December 2013, debtor will pay $295.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Debtor shall surrender the real property located at 5308 Aspen Street, Dublin, CA to U.S. Bank, NA as Trustee for the Holders of the GSAA Home Equity Trust 2007-3 / Bank of America, N.A..

The modification is sought on the following grounds: Debtor's income has decreased and he is unable to afford to keep the aforementioned property.

Dated: December 9, 2013

                                                   /s/ Anne Y. Shiau
                                                 ANNE Y. SHIAU
                                                 Attorney for Debtor