```
1  PATRICK L. FORTE #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

The following constitutes
the order of the court. Signed January 8, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 11-42582 MEH |
| **HARVINDER SINGH,** | Chapter 13 |
| Debtor. _____/ | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |

The above named debtor having served a Motion to Modify Chapter 13 Plan on December 9, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

Commencing December 2013, debtor will pay $295.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Debtor shall surrender the real property located at 5308 Aspen Street, Dublin, CA to U.S. Bank, NA as Trustee for the Holders of the GSAA Home Equity Trust 2007-3 / Bank of America, N.A..

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'