| | |
|---|---|
| 1 | LAW OFFICES OF LES ZIEVE |
| | Brian H. Tran, Esq. #255577 |
| 2 | Leslie M. Klott, Esq. #279622 |
| | 30 Corporate Park, Suite 450 |
| 3 | Irvine, CA 92606 |
| | (714) 848-7920 / FAX (714) 848-7650 |
| 4 | |
| 5 | Attorney(s) for Movant, U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAA HOME EQUITY TRUST 2007-3 ASSET-BACKED CERTIFICATES SERIES 2007-3, by Ocwen Loan Servicing, LLC, as servicer |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>Harvinder Singh, fka Harvinderwant Singh,<br>Debtor.| Case No.: 11-42582<br>RS No.: BHT-1001<br>Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAA HOME EQUITY TRUST 2007-3 ASSET-BACKED CERTIFICATES SERIES 2007-3, by Ocwen Loan Servicing, LLC, as servicer, its assignees and/or successors in interest,<br>Movant,<br>vs.<br>Harvinder Singh, fka Harvinderwant Singh, Debtor,<br>Martha G. Bronitsky, Trustee,<br>Respondents. | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**<br><br>**Hearing –**<br>Date: November 13, 2015<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612<br>**Courtroom 215** |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that on November 13, 2015, at 10:00 a.m., in Courtroom 215 at the above-captioned court located at 1300 Clay Street, Oakland, California, 94612, before the HONORABLE CHARLES NOVACK, United States Bankruptcy Judge, the undersigned shall move the Court for an order terminating the automatic stay as to the

1

1 enforcement of its state law remedies against the real property described in the supporting
2 documents filed and served herewith.
3     In the event neither Debtor nor their counsel appears at the hearing on this Motion, the
4 Court may grant relief from the automatic stay thereby permitting Movant to foreclose on
5 Debtor's real property located at **5308 Aspen Street, Dublin, California 94568**, and obtain
6 possession of said property without further hearing.

**LAW OFFICES OF LES ZIEVE**

Dated: October 29, 2015    By: */s/ Brian H. Tran*
                                            Brian H. Tran, Esq.
                                            Attorney for Movant