Entered on Docket
January 10, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1   PATRICK L. FORTE, #80050
    LAW OFFICES OF PATRICK L. FORTE
2   1624 Franklin Street, #911           The following constitutes
    Oakland, CA 94612                    the order of the court. Signed January 10, 2017
3   Telephone: (510) 465-3328
    Facsimile: (510) 763-8354
4
5   Attorneys for Debtor
                                         _____
6                                        Charles Novack
                                         U.S. Bankruptcy Judge
7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 11-42582 CN |
| **HARVINDER SINGH,** | Chapter 13 |
| Debtor. | **CORRECTED ORDER VALUING LIEN OF BANK OF AMERICA AS SUCCESSOR IN INTEREST TO GREENPOINT MORTGAGE FUNDING, INC.** |
| _____/ | |

On April 20, 2011, Harvinder Singh (hereinafter Debtor) served a motion to value the second lien of Bank of America as successor in interest to Greenpoint Mortgage Funding, Inc. (hereinafter Lienholder) against the property commonly known as 5308 Aspen Street, Dublin, CA 94568, which lien was recorded in Contra Costa County on or about November 29, 2006 as document 2006438209 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

"No physical service required"